**SEALED**

PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**

Dec 16, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>STEPHEN FREA,<br><br>              Defendant. | CASE NO. 1:21-CR-00319-NONE-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

    The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 16, 2021, charging the above defendant with violations of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except

//

//

Motion to Seal Indictment              1

when necessary for the issuance and execution of the warrant.

DATED: December 16, 2021			Respectfully submitted,

							PHILLIP A. TALBERT
							Acting United States Attorney

					By	/s/ Stephanie M. Stokman
							STEPHANIE M. STOKMAN
							Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  December 16, 2021		_____
							BARABARA A. McAULIFFE
							U.S. Magistrate Judge

Motion to Seal Indictment                            2