**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

STEPHEN FREA,

                Defendants.

CR NO:  1:21-CR-00319-JLT-SKO

---

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum              ☐ Ad Testificandum

Name of Detainee:   Stephen FREA

Detained at          Fresno County Jail, located at 1225 M. Street, Fresno CA

Detainee is:    a.)  ☒ charged in this district by:  ☒ Indictment ☐ Information ☐ Complaint
                    charging detainee with:  Title 18 U.S.C. § 922(g)

    or   b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)  ☐ return to the custody of detaining facility upon termination of proceedings
    or   b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                  is currently being served at the detaining facility

*Appearance is necessary on March 29, 2022 at 2 p.m. in the Eastern District of California.*

      Signature:

      Printed Name & Phone No:    Stephanie M. Stokman 559-286-6109

      Attorney of Record for:     United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on March 29, 2022** for an appearance at **2:00 p.m** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

IT IS SO ORDERED.

Dated:   **March 21, 2022**

UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | ☒Male  ☐Female | |
| Booking or CDC #: 2132438; CDC-AS03207; G059438 | DOB: 4/10/1984 | |
| Facility Address: 1225 M. Street, Fresno, CA | Race: W | |
| Facility Phone: | FBI#: 874280CC6 | |
| Currently | | |

## RETURN OF SERVICE

Executed on: _____          _____

(signature)