1 PHILLIP A. TALBERT
United States Attorney
2 STEPHANIE M. STOKMAN
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for Plaintiff
6 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00319-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL INDICTMENT |
| STEPHEN FREA, | |
| Defendant. | |

The Indictment in this case, having been sealed by Order of the Court on December 16, 2021, and it appears that it no longer need remain secret as to the listed defendant,

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Indictment in this case, and the docket be unsealed and made public record.

Dated: March 24, 2022                     PHILLIP A. TALBERT
                                          United States Attorney


                                     By:  */s/ Stephanie M. Stokman*
                                          STEPHANIE M. STOKMAN
                                          Assistant United States Attorney

MOTION AND ORDER TO UNSEAL                    1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>STEPHEN FREA,<br><br>               Defendant. | CASE NO.  1:21-CR-00319-JLT-SKO<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on December 16, 2021, and docket, be unsealed and become public record.

IT IS SO ORDERED.

Dated:   **March 24, 2022**

UNITED STATES MAGISTRATE JUDGE